# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NADIR OMAR ABDULLAH BIN, )
SA'ADOUN ALSA'ARY a/k/a AHMED )
OMAR, )
          )
       Petitioner, ) Civil Action No. 09-0745 (RCL)
   v. )
          )
BARACK OBAMA, *et al.*, )
          )
     Respondents. )

**FILED**

**SEP - 4 2012**

Clerk, U.S. District and
Bankruptcy Courts

## [PROPOSED] ORDER

Upon consideration of Petitioner's Unopposed Motion to Continue Stay, it is hereby

**ORDERED** that Petitioner's Unopposed Motion to Continue Stay is GRANTED. It is further

**ORDERED** that this case is STAYED for 60-days. It is further

**ORDERED** that the Protective Order entered on September 11, 2008 remain in effect during the period of the stay. It is further

**ORDERED** that the parties may move the Court to lift the stay provided the moving party gives the non-moving party written notice the (10) days prior to the date of filing the motion.

Date: 8/31/12

_____
UNITED STATES DISTRICT JUDGE